[No. 3408-9-III.   Division Three.   March 19, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. STUART
RAY CARTIER, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 71710, Yancey Reser, J., entered May 3,
1979. *Affirmed* by unpublished opinion per Green, J., con-
curred in by Roe, A.C.J., and Munson, J.

[No. 3717-7-III.   Division Three.   March 19, 1981.]

*In the Matter of the Estate of*
DOROTHY E. SWENSON.

Appeal from a judgment of the Superior Court for
Spokane County, No. 102663, Kathleen O'Connor, J. Pro
Tem., entered November 5, 1979. *Affirmed* by unpublished
opinion per McInturff, C.J., concurred in by Green and
Roe, JJ.

[No. 8654-5-I.   Division One.   March 23, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. IDA FAY
CALDWELL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79-1-01480-6, Warren Chan, J., entered Feb-
ruary 13, 1980. *Affirmed* by unpublished per curiam
opinion.

[No. 8568-9-I.   Division One.   March 23, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARD
CHARLES WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79-1-01275-7, H. Joseph Coleman, J., entered
March 13, 1980. *Reversed* and *remanded* by unpublished
opinion per Williams, J., concurred in by Ringold, A.C.J.,
and Corbett, J.